No. 653. HOTEL MARKHAM, INC. ET AL. *v.* BALL ET AL. November 17, 1941. Petition for writ of certiorari to the

Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Albert S. Bozeman* and *Webb M. Mize* for petitioners. *Messrs. Giles J. Patterson* and *J. C. Floyd* for respondents.